TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

DEC 9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>          vs.<br><br>Erick Villa-Lares,<br><br>                    Defendant. | No.  CR25-01645-PHX-SMB (JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2<br>(Material False Statement During the Purchase of a Firearm, Aid and Abet)<br>Counts 1 – 5<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. § 853; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNTS 1 – 5

On or about the dates listed below, in the District of Arizona, a person knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to

be kept in the records of each listed business, in that the person did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that he/she was the actual transferee/buyer, whereas in truth in fact, he/she was purchasing the firearms on behalf of Defendant ERICK VILLA-LARES:

| Count | Date | Business and Location |
|---|---|---|
| 1 | 12/2/2023 | Sprague's Sports (Yuma, AZ) Century Arms, VSKA |
| 2 | 12/2/2023 | Sprague's Sports (Yuma, AZ) Century Arms, BFT47 |
| 3 | 1/15/2024 | Firearms Unknown (Yuma, AZ) |
| 4 | 2/26/2024 | Jones & Jones (Somerton, AZ) |
| 5 | 3/11/2024 | Firearms Unknown (Yuma, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 – 5 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense(s) alleged in Counts 1 – 5 of this Indictment, defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offenses, and (b) any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses as to which property the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_S/_
FOREPERSON OF THE GRAND JURY
Date: December 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_S/_
PATRICK E. CHAPMAN
Assistant U.S. Attorney